RALPH PETILLO and THERESA PETILLO, Respondents, v. KENNEDY & SMITH, INC., Appellant, and Others, Defendants.— Action for damages to plaintiffs' property allegedly due to defendant contractor's negligence in the manner in which it conducted its operations in the construction of a pumping station auxiliary to a sewer system in Queens county. Judgment for the plaintiffs unanimously affirmed, with costs. The proof established defendant's negligence, particularly that adduced from the defendant's engineer in respect of the manner in which the sheeting and piling were driven. That portion of the work, according to that proof, could have been done with the use of less power with little or no vibration, even though more slowly. No steps were taken to correct the manner of doing the work even after notice of the damage being done, despite the proximity of the plaintiffs' building to the place where the defendant was working; therefore, a finding of negligence was justified. (*Booth* v. *R.*, *W. & O. T. R. R. Co.*, 140 N. Y. 267; *Colmet Realty Corp.* v. *Atwell-Gustin-Morris, Inc.*, 253 App. Div. 842; *Kennedy* v. *Roach-Thompson Corp.*, 245 id. 751.) Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Respondent, v. ANNA ROM, FRANK W. ROM, Also Known as F. WALTER ROM, Also Known as WALTER ROM, Appellants, and Another, Defendant.— Order granting an injunction *pendente lite* restraining appellants from disposing of the balance of a bank account, in so far as appealed from, modified on the law by requiring that, pursuant to sections 819 and 893 of the Civil Practice Act, plaintiff furnish an undertaking executed by it, or by a surety company at the election of plaintiff, in the sum of $250, and, as so modified, affirmed, with ten dollars costs and disbursements to the appellants. The undertaking is to be furnished within ten days after service of the order entered hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.